Opinion issued May 30, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00058-CR

____________


BUCK MARSHALL RAMSEY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the County Court

Colorado County, Texas

Trial Court Cause No. 15741






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The Clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.